# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.  11-cv-00187-LTB-KMT

MICHAEL SWING,

      Plaintiff,

v.

CITY OF THORNTON, a municipality,
JAKE HIEBERT, an individual,
ALEX BODAY, an individual,
CALVIN HAWK, an individual,
PETE HENDERSON, an individual,
JACK PATTON, an individual,
JOHN MARTINEZ, an individual,
JOHN MATOBA, an individual,
MICHAEL SNOOK, an individual,
JEFF STANELLE, an individual, and
MIKE THORFINSON, an individual,

      Defendants.

---

## ORDER

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 44 - filed November 21, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:    November 22, 2011